IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ERIC HAWKINS SR., and        )
LYNDA P. HAWKINS,            )   2:11-cv-01325-GEB-EFB
                             )
          Plaintiffs,        )
                             )   ORDER
     v.                      )
                             )
FIRST HORIZON HOME LOANS, a  )
division of First Tennessee Bank )
N.A., successor in interest by )
merger to First Horizon Home )
Loan Corporation, a Tennessee )
corporation; FORT KNOX LENDING, )
a California business entity )
form unknown; CALIFORNIA HOME )
AND MORTGAGE, a California   )
business entity form unknown; )
JAMES JABAUT, an individual; )
LOANGUY.COM, a California    )
corporation; SOUTH BAY REALTY, )
INC., a California corporation; )
and DOES 2-10,               )
                             )
          Defendants.        )
_____)
```

This Order issues because of representations Defendant First Horizon Home Loans ("Defendant") makes in the Motion to Dismiss it filed on May 23, 2011, concerning a prior action filed in this district. (ECF No. 8.) Because of those representations, a party shall file a Notice of Related Cases document no later than 4:00 p.m. on June 6, 2011, in each action opined to be related. Alternatively, each party shall show cause why a sanction should not be imposed for failure to comply with Local Rule 123 ("OSC") in a filing due no later than 4:00 p.m. on June 6,

1

2011. If a hearing is desired on the OSC, it shall be requested in the above referenced filing. Further, Defendant's dismissal motion is deemed withdrawn because of the failure to comply with Local Rule 123, but can be re-noticed for hearing after a decision is filed on the Notice of Related Cases issue.

Dated:  May 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge