```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


ERIC HAWKINS SR., and            )
LYNDA P. HAWKINS,                )    2:11-cv-01325-GEB-EFB
                                 )
          Plaintiffs,            )
                                 )    ORDER
     v.                          )
                                 )
FIRST HORIZON HOME LOANS, a      )
division of First Tennessee Bank )
N.A., successor in interest by   )
merger to First Horizon Home     )
Loan Corporation, a Tennessee    )
corporation; FORT KNOX LENDING,  )
a California business entity     )
form unknown; CALIFORNIA HOME    )
AND MORTGAGE, a California       )
business entity form unknown;    )
JAMES JABAUT, an individual;     )
LOANGUY.COM, a California        )
corporation; SOUTH BAY REALTY,   )
INC., a California corporation;  )
and DOES 2-10,                   )
                                 )
          Defendants.            )
_____ )
```

An Order filed June 1, 2011, required "a party [to] file a Notice of Related Cases document no later than 4:00 p.m. on June 6, 2011, **in each action opined to be related**" because of representations Defendant First Horizon Home Loans made in a dismissal motion. (ECF No. 10 (emphasis added).) Defendant First Horizon Home Loans ("Defendant") filed a Notice of Related Cases in this action on June 6, 2011 (ECF No. 11); however, it did not file the required notice in the case stated to

1

be related, Hawkins, et al., v. First Horizon Home Loans, et al., Case No. 2:10-cv-01876-FCD/KJM-GGH ("Hawkins I").

Therefore, Defendant shall file a Notice of Related Case in 2:10-cv-01876 no later than 4:00 p.m. on July 20, 2011. Alternatively, Defendant shall show cause why a sanction should not be imposed for its failure to comply with the June 1, 2011 Order and Local Rule 123 ("OSC") in a filing due no later than 4:00 p.m. on July 20, 2011. If a hearing is desired on the OSC, it shall be requested in the above referenced filing.

Dated: July 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge