1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERIC HAWKINS SR., an individual, and
      LYNDA P. HAWKINS, an individual,
11
                   Plaintiffs,              No. CIV S-10-1876 KJM GGH
12
             vs.
13
      FIRST HORIZON HOME LOANS, a
14    Division of First Tennessee Bank N.A.,
      successor in interest by merger to
15    First Horizon Home Loan Corporation,
      a Tennessee Corporation; et al.,
16
                   Defendants.
17    _____/

18    ERIC HAWKINS SR., an individual, and
      LYNDA P. HAWKINS, an individual,
19
                   Plaintiffs,              No. CIV S-11-1325 GEB EFB
20
             vs.
21
      FIRST HORIZON HOME LOANS, a
22    Division of First Tennessee Bank N.A.,
      successor in interest by merger to
23    First Horizon Home Loan Corporation,
      a Tennessee Corporation; et al.,
24
                   Defendants.              ORDER
25    _____/

26    /////

1          The court has received the Notice of Related Cases concerning the above-

2   captioned cases filed July 20, 2011.  *See* Local Rule 123.  The court has, however, determined

3   that assignment of the matters to the same judge is not likely to effect a substantial saving

4   of judicial effort, and it therefore declines to order reassignment.

5          IT IS SO ORDERED.

6   DATED:  July 28, 2011.

7
    /10cv1876.relate                                         _____
8                                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26